Egbert Hisert, administrator of the estate of Glen Hisert, deceased, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 35,729.

Opinion filed April 25, 1932.
George W. Miller and Arthur J. Donovan, for appellant; Frank L. Kriete and Thomas J. Symmes, of counsel. John J. Flanagan, for appellee; Daniel V. Gallery, of counsel.

Mr. Justice Matchett delivered the opinion of the court.